15 A.3d 67

**Sterling CHAVIS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 138 EM 2010.**

Supreme Court of Pennsylvania.

March 1, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of March, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition

102

for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**